FORM L208 Notice of Rule Change Regarding Request for Special Notice  (v.1.0 – 08/29/2024)

24–23391 – E – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF RULE CHANGE REGARDING REQUEST FOR SPECIAL NOTICE

**Case Number:**    24–23391 – E – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Zora Elaine Caesar
 xxx–xx–2519

 504 Palisades Drive
Rio Vista, CA 94571

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Zora Caesar
Zora E Caesar

In accordance with Local Rule 2018–1, all requests for special notice in this court must now be submitted through our online portal, available on the court's website.

We acknowledge that you have previously requested notice in this case, which we have been providing to you via U.S. mail. However, due to the new rule, you are now required to re–submit your request through our website to continue receiving notice. This must be completed by October 11, 2024. Once re–submitted, all future notices will be delivered to you via email instead of U.S. mail. Please be aware that if you do not comply with this requirement by October 11, 2024, you will no longer receive any notices in this case. To re–submit your request, please visit: www.caeb.uscourts.gov/RequestForSpecialNotice.

The electronic notice we send will include a link. To view the linked document, you will need a PACER account if you don't already have one. Signing up is free, but PACER may charge you for viewing a notice more than once or accessing other case documents. The link provides one free view, so we recommend downloading the document if you plan to view it multiple times or save it for your records.

Dated:
9/12/24

For the Court,
Wayne Blackwelder , Clerk